| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2016122300674001001E3276 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2016122300674001<br>Document Type: DEED<br>Document Page Count: 3 | Document Date: 12-23-2016 | Preparation Date: 12-23-2016 |

| PRESENTER: | RETURN TO: |
|---|---|
| BORIS ZEOROV<br>75-63 187 STREET<br>FRESH MEADOWS, NY 11366 | BORIS ZEOROV<br>75-63 187 STREET<br>FRESH MEADOWS, NY 11366 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 7203 | 31 | Entire Lot | 75-60 187 STREET |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year____ Reel____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RAMIRO A. CARDENAS<br>75-60 187 STREET<br>FRESH MEADOWS, NY 11366 | RAMIRO A. CARDENAS<br>75-60 187 STREET<br>FRESH MEADOWS, NY 11366 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed     01-04-2017 15:17
City Register File No.(CRFN):
                    2017000004039

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2016122300674001001C30F6 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| Document ID: 2016122300674001<br>Document Type: DEED | Document Date: 12-23-2016 | Preparation Date: 12-23-2016 |

**PARTIES**

**GRANTOR/SELLER:**
AMPARO RUIZ
75-60 187 STREET
FRESH MEADOWS, NY 11366

**PARTIES**

| | |
|---|---|
| **GRANTEE/BUYER:**<br>AMPARO RUIZ<br>75-60 187 STREET<br>FRESH MEADOWS, NY 11366 | **GRANTEE/BUYER:**<br>BORIS ZEOROV<br>75-63 187 STREET<br>FRESH MEADOWS, NY 11366 |

Bargain and Sale Deed, with Covenants against Grantor's Acts - Individual or Corporation.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 23rd day of December, 2016

BETWEEN

RAMIRO A. CARDENAS and AMPARO J. RUIZ, having an address at 75-60 187TH Street, Fresh Meadows, New York 11366, party of the first part,

and

RAMIRO A. CARDENAS and AMPARO J. RUIZ, jointly having an undivided fifty percent (50%) interest in the premises, having an address at 75-60 187TH Street, Fresh Meadows, New York 11366 and BORIS ZEOROV, as to an undivided fifty percent (50%) interest in the premises, having an address at 75-63 187TH Street, Fresh Meadows, New York 11366, party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Premises known as:

75-60 187TH STREET
FRESH MEADOWS, NEW YORK 11366
BLOCK: 7203 LOT: 31

SEE SCHEDULE A HERETO ANNEXED AND MADE PART HEREOF

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF                    Grantor: _____
                                           RAMIRO A. CARDENAS

                                           _____
                                           AMPARO J. RUIZ

STATE OF NEW YORK        :
                         : ss.:
COUNTY OF THE BRONX      :

On the 23rd day of December, 2016 before me, the undersigned, personally appeared RAMIRO A. CARDENAS and AMPARO J. RUIZ, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

Notary Public

JAIME RAMIREZ
Notary Public, State of New York
No. 01RA4818140
Qualified in Bronx County
Commission Expires November 30, 20__

SEAL

## BARGAIN AND SALE DEED WITH COVENANTS

Grantor: RAMIRO A. CARDENAS and AMPARO J. RUIZ

TO

Grantee: RAMIRO A. CARDENAS, AMPARO J. RUIZ and BORIS ZEOROV

ADDRESS: 75-60 187TH STREET, FRESH MEADOWS, NEW YORK 11366

BLOCK: 7203

LOT: 31

COUNTY: QUEENS

Record and Return to:

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2016122300674001001SFCF7 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | | PAGE 1 OF 1 |
|---|---|---|
| **Document ID:** 2016122300674001<br>Document Type: DEED | Document Date: 12-23-2016 | Preparation Date: 12-23-2016 |

**ASSOCIATED TAX FORM ID:** 2016122200423

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 4 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

# CITY REGISTER

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

**FOR CITY USE ONLY**
C1. County Code [ ]
C2. Date Deed Recorded: JAN 03 2017
C3. Book [ ] C4. Page [ ]
OR
C5. CRFN [ ]

## PROPERTY INFORMATION

**1. Property Location:** 75-60 | 187 STREET | QUEENS | 11366
  STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE

**2. Buyer Name:** CARDENAS | RAMIRO A
  RUIZ | AMPARO

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** [ ] FRONT FEET X [ ] DEPTH OR [ ] ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

**8. Seller Name:** CARDENAS | RAMIRO A
  RUIZ | AMPARO

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A [ ] One Family Residential | C [ ] Residential Vacant Land | E [ ] Commercial | G [ ] Entertainment / Amusement | I [ ] Industrial |
| B [✓] 2 or 3 Family Residential | D [ ] Non-Residential Vacant Land | F [ ] Apartment | H [ ] Community Service | J [ ] Public Service |

## SALE INFORMATION

**10. Sale Contract Date:** 12 / 23 / 2016

**11. Date of Sale / Transfer:** 12 / 23 / 2016

**12. Full Sale Price $** 0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale** [ ]

**14. Check one or more of these conditions as applicable to transfer:**
A [✓] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [✓] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price ( Specify Below )
J [ ] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** A 1

**16. Total Assessed Value (of all parcels in transfer):** 42,770

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

QUEENS 7203 31

2016122200423201 02

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| | 12/23/2016 | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |

75-60 187 STREET

| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | SELLER |

| FRESH MEADOWS | NY | 11366 | | 12/23/2016 |
|---|---|---|---|---|
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

RC

2016122200423201

Form RP-5217 NYC                                                                      ATTACHMENT

Grantee (Buyer)

ZEOROV                                  BORIS
LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                     FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                     FIRST NAME

201612220042320102

Form RP-5217 NYC                                                         ATTACHMENT

## CERTIFICATION

I certify that all of the Items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**

Buyer Signature      12/23/2016    RC DR
Buyer Signature      12/23/2016
Buyer Signature      12/23/2016

**SELLERS**

Seller Signature      12/23/2016    RC
Seller Signature      12/23/2016    AR

2016122200423201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                     ) SS.:
County of Bronx      )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 75-60 187 STREET | | | |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| QUEENS | New York, 7203 | 31 | (the "Premises"); |
| Borough | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Ramiro A. Cardenas & Amparo J. Ruiz | Ramiro A. Cardenas, Amparo J. Ruiz & Boris Xeorov |
|---|---|
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this 23rd date of December 20 16 | Sworn to before me this 23rd date of December 20 16 |
| JAIME RAMIREZ Notary Public, State of New York No. 01RA4818140 Qualified in Bronx County Commission Expires November 30, 20__ | JAIME RAMIREZ Notary Public, State of New York No. 01RA4818140 Qualified in Bronx County Commission Expires November 30, 20__ |

SEAL

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

20161222004231O1



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: QUEENS      BLOCK: 7203      LOT: 31

(2) Property Address: 75-60 187 STREET, QUEENS, NY 11366

(3) Owner's Name:    CARDENAS , RAMIRO A

Additional Name:    RUIZ , AMPARO

**Affirmation:**

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____  Date (mm/dd/yyyy) _____

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2

2016122200423101